**Electronically Filed**
**Supreme Court**
**SCWC-16-0000024**
**23-APR-2018**
**12:34 PM**

SCWC-16-0000024

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

SEONG HO MICHAEL JI,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000024; CR. NO. 13-1-1616)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's application for writ

of certiorari, filed on March 12, 2018, is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 23, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

